UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN J. SMITH,

    Plaintiff,

v.                                                                          Case No: 8:18-cv-2049-T-36CPT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on August 29, 2018 (Doc. 6). In the Report and Recommendation, Magistrate Judge Tuite recommends that Plaintiff Smith's construed motion to proceed *in forma pauperis* (Doc. 2) be denied and that Plaintiff Smith be directed to pay the filing fee within twenty (20) days of the date of the Court's order. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

**(3)** Plaintiff is directed to pay the filing fee within twenty (20) days of the date of this order. **Failure to pay the filing fee within the allotted time will result in dismissal of this action without further notice.**

**DONE AND ORDERED** at Tampa, Florida on September 17, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record